UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WAN JIN LEEM<br>    Plaintiff,<br><br>    - against -<br><br>OK HWAN KIM, 341 SECOND AVE.<br>FARM, INC., DOES 1-100<br>    Defendants. | )  07 Civ. **3116 (RJH)**<br>)<br>)<br>)<br>)<br>)  **MOTION TO ADMIT COUNSEL**<br>)  **PRO HAC VICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John D. Shyer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: Son, Hyun Jee
    Firm Name: Latham & Watkins LLP
    Address: 885 Third Avenue
    City/State/Zip: New York, NY 10022-4834
    Phone Number: 212-906-1321
    Fax Number: 212-751-4864

Hyun Jee Son is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against Hyun Jee Son in any State or Federal Court.

Dated: April 18, 2007
       New York, NY

                               Respectfully submitted,

                               _____
                               John D. Shyer
                               SDNY Bar: JS-2706
                               Latham & Watkins LLP
                               885 Third Avenue
                               New York, NY 10022-4834
                               Tel: (212) 906-1200
                               Fax: (212) 751-4864

NY\1269636.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAN JIN LEEM<br>　　Plaintiff,<br><br>　　　- against -<br><br>OK HWAN KIM, 341 SECOND AVE.<br>FARM, INC., DOES 1-100<br>　　Defendants. | 07 Civ. 3116 (RJH)<br><br>**AFFIDAVIT OF JOHN D. SHYER<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL PRO HAC VICE** |

State of New York　)
　　　　　　　　　　) ss:
County of New York )

John D. Shyer, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Latham & Watkins LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Hyun Jee Son as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Hyun Jee Son since January, 2007.

4. Hyun Jee Son is an associate at Latham & Watkins LLP in New York, NY and admitted to practice law in the state of California.

5. I have found Ms. Son to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Hyun Jee Son, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Hyun Jee Son, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Hyun Jee Son, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 18, 2007
　　　　New York, NY

Notarized:　　　　　　　　　　　　　　　　　Respectfully submitted,

*[signature: Gloria E. Torres]*　　　　　　　　　*[signature: John D. Shyer]*
GLORIA E. TORRES　　　　　　　　　　　　John D. Shyer
Notary Public, State of New York　　　　　　SDNY Bar Code: JS-2706
No. 03-4723693
Qualified in Bronx County
NY\1269636.1　Certificate Filed in New York County
Commission Expires January 31, 2011

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

WAN JIN LEEM )  07 Civ. **3116  (RJH)**
   Plaintiff, )
)
)
- against - ) **ORDER FOR ADMISSION**
) **PRO HAC VICE**
OK HWAN KIM, 341 SECOND AVE. ) **ON WRITTEN MOTION**
FARM, INC., DOES 1-100 )
   Defendants. )
)

Upon the motion of John D. Shyer attorney for Plaintiff Wan Jin Leem and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Son, Hyun Jee
    Firm Name: Latham & Watkins LLP
    Address: 885 Third Avenue
    City/State/Zip: New York, NY  10022-4834
    Phone Number: 212-906-1321
    Email Address: HyunJee.Son@lw.com

is admitted to practice pro hac vice as counsel for Plaintiff Wan Jin Leem in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                              United States District/Magistrate Judge

FOR OFFICE USE ONLY:  FEE PAID $       SDNY RECEIPT#

NY\1269636.1



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

April 6, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HYUN JEE SON, #238808 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wan Jin Leem,<br><br>      Plaintiff,<br><br>   - against –<br><br>Ok Hwan Kim, and 341 Second Ave. Farm, Inc.,<br><br>      Defendant(s). | 07 Civ. 3116 (RJH)<br><br>**<u>AFFIDAVIT OF SERVICE</u>** |

STATE OF NEW YORK )
       : ss.:
COUNTY OF NEW YORK )

  JOHN NUGENT, being duly sworn, deposes and says:

  1. I am over 18 years of age and am employed by Latham & Watkins LLP and am not a party to this action.

  2. On Tuesday, April 24, 2007, I served true and correct copies of the attached Motion to Admit Counsel Pro Hac Vice, dated 4/24/07, in the above captioned matter, by First Class mail via the United States Postal Service upon:

    Ok Hwan Kim
    17151 45th Avenue
    Flushing, NY 11358

    341 Second Ave. Farm, Inc.
    c/o Ok Hwan Kim
    341 2nd Ave.
    New York, NY 10003

by delivering and leaving the same in official depository of the United States Postal Service, located at 885 Third Avenue, New York, N.Y. 10022.

                 _____
                     JOHN NUGENT

Sworn to before me this
24th day of April, 2007

_____
Notary Public
JESSICA L. BENGELS
Notary Public, State of New York
No. 01BE6140192
Qualified in Queens County
Commission Expires April 10, 2010