UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WAN JIN LEEM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **07 Civ. 3116 (RJH)** |
| | ) | |
| OK HWAN KIM, 341 SECOND AVE. FARM, INC., DOES 1-100, | ) | **NOTICE OF APPEARANCE** |
| | ) | ECF Case |
| Defendants. | ) | |
| | ) | |

      PLEASE TAKE NOTICE that Steven Choi, Esq. of the Asian American Legal Defense and Education Fund is counsel representing Plaintiff Wan Jin Leem, and an attorney of record in this action. Demand is hereby made that Mr. Choi be included among counsel served with papers and electronic notices in this action, at the address stated below.

Dated: New York, New York
       May 2, 2007

                                                                           /s Steven Choi
                                                                        Steven Choi (SC 1906)
                                                                        ASIAN AMERICAN LEGAL DEFENSE
                                                                           AND EDUCATION FUND
                                                                        99 Hudson Street
                                                                        New York, New York 10013
                                                                        212-966-5932
                                                                        schoi@aaldef.org

To:    Clerk of the Court
           United States District Court for the Southern District of New York
           500 Pearl Street
           New York, NY 10007