UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    Case No. 07 CV 3116

WAN JIN LEEM,


                        Plaintiff,

        v.

                                                    ANSWER

OK HWAN KIM, 341 SECOND AVE. FARM,
INC., DOES 1-100,


                        Defendants.

------------------------------------x

    Defendants, **OK HWAN KIM** and **341 SECOND AVE. FARM, INC.**, by

and through their attorney, E. Peter Shin, Esq., **as** and for the

Answer to the Complaint of Plaintiff **WAN JIN LEEM** herein,

respectfully sets forth as follows:

    1.   Deny  each  and  **every**  allegations  contained  in

paragraph 1 of the complaint except admit that Plaintiff worked

as an employee of Defendants.

    2.   Deny knowledge or information sufficient to form a

belief  as  to  the  truth  of  the  allegations  contained  in

paragraph 2 of the complaint.

    3.   Admit the allegation contained in paragraphs 3, 4,

and 5 of the complaint.

    4.   Deny knowledge or information sufficient to form a

belief  as  to  the  truth  of  the  allegations  contained  in

paragraph 6 of the complaint.

    5.   Admit the allegation contained in paragraphs 7 of the

complaint.

6.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the complaint except state that Plaintiff worked at night and had a one-hour meal break.

7.    Deny each and every allegations contained in paragraph 9 of the complaint except state that the hourly rate for regular hours was $7.25 and the hourly rate for the overtime hours was $10.88 as per an Agreement between Plaintiff and Defendant.

8.    Deny each and every allegations contained in paragraphs 10 and 11 of the complaint.

9.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the complaint.

10.    Deny each and every allegations contained in paragraphs 13 and 14 of the complaint.

## IN ANSWER TO THE FIRST CAUSE OF ACTION

11.    Defendants repeat and re-allege each and every allegation contained in paragraphs 1 through 10 of this answer as though more fully set forth herein.

12.    Deny each and every allegations contained in paragraph 16 of the complaint.

## IN ANSWER TO THE SECOND CAUSE OF ACTION

13.   Defendants   repeat   and   re-allege   each   and   every allegation contained in paragraphs 1 through 12 of this answer as though more fully set forth herein.

14.   Deny   each   and   every   allegations   contained   in paragraph 18 of the complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

15.   This   Court   lacks   personal   jurisdiction   over   the Defendants due to lack of proper service of the Summons and Complaint to said Defendants.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

16.   For the years of 2004, 2005, and 2006, Plaintiff and Defendants entered into an employment agreement with respect to the hourly rate of pay for the regular hours and overtime hours.

17.   As   attached,   according   to   an   employment   agreement dated January 1, 2006, Defendants agreed to pay Plaintiff for the   regular   hours   at   an   hourly   rate   of   $7.25   and   for   the overtime hours at an hourly rate of $10.88.

18.   Defendants   paid   $550.00   per   week   for   Plaintiff's regular hours, overtime hours, and spread of hours.

3

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

19. Plaintiff worked for 11 hours at night because he took a minimum of one-hour break for mealtime and sleeping.

**WHEREFORE**, Defendants respectfully demand judgment against Plaintiff as follows:

a) Dismissing Plaintiff's complaint in its entirety, with prejudice;

b) Awarding the costs and disbursements of this action in favor of the Defendants;

c) Awarding such other and further relief as this Court deems to be just and proper.

Dated:    Flushing, New York
          May 9, 2007

                    Yours, etc.,
                    Law Offices of E. Peter Shin

                    E. Peter Shin (ES-4237)
                    Attorney for Defendants
                    158-14 Northern Blvd., 2nd Fl.
                    Flushing, NY 11358
                    Tel: (718) 463-3131

TO:

John D. Shyer, Esq. (JS-2706)
Latham & Watkins LLP
Attorney for Plaintiff
885 Third Avenue
New York, NY 10022-4834
Tel: (212)906-1200

4