```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x   Case No. 07 CV 3116

WAN JIN LEEM,

                    Plaintiff,

     v.
                                         RULE 7.1 DISCLOSURE
                                              STATEMENT
OK HWAN KIM, 341 SECOND AVE. FARM,
INC., DOES 1-100,


                    Defendants.

-------------------------------------x
```

   Pursuant to Rule 7.1 of Federal Rule of Civil Procedure, the undersigned attorney of record for Defendant 341 Second Ave. Farm, Inc. hereby certifies that there is no parent companies, subsidiaries and affiliates of 341 Second Ave. Farm, Inc.

Dated: Flushing, New York
       May 9, 2007

                              Yours, etc.,
                              Law Offices of E. Peter Shin


                              *s/ E. Peter Shin*
                              E. Peter Shin (ES-4237)
                              Attorney for Defendants
                              158-14 Northern Blvd., 2nd Fl
                              Flushing, NY 11358
                              Tel: (718) 463-3131