UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

WAN JIN LEEM,

                                          Plaintiff,

          -against-

OK HWAN KIM, 341 SECOND AVE. FARM, INC., DOES 1-100,

                                     Defendants.

---------------------------------------------------------------------X

Case No.: 07 CV 3116 (HOLWELL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                            ) ss.:
COUNTY OF NEW YORK    )

        **DARREN HINDS**, being duly sworn, deposes and says:

        1.      That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

        2.      That on <u>April 23, 2007</u>, at approximately <u>1:05 p.m.</u>, I personally served a true and correct copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT For Failure To Pay Federal and State Overtime and Other Wages, Individual Practices of Judge Francis, Individual Practices of Judge Richard J. Holwell, and Civil Cover Sheet,** all upon **OK HWAN KIM,** by Personal Delivery via Mr. Ok Hwan Kim, who identified himself as the person deponent was seeking to serve. Mr. Ok Hwan Kim, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that he is neither in Miltiary Service nor dependant upon anyone within Military service, which service was effected at his actual place of business indicated below:

                            OK HWAN KIM
                            341 Second Avenue / Retail Location
                            New York, New York 10003

        3.      **Mr. Ok Hwan Kim** can be best described as:

Asian Male – White skin - Black hair – Brown eyes - Approximately 44 – 54 years of age, 5'7" – 5'11" and 155 – 195 Lbs.

Dated:  April 23, 2007
        New York, New York

                                              _____
                                              DARREN HINDS
                                              License No.: 1194970

Sworn to before me on this the 23rd day of April 2007.

_____
     NOTARY PUBLIC

                     **HOLLY ROLDAN**
            **Notary Public, State of New York**
               **No. 01RO6125752**
           **Qualified in New York County**
        **Commission Expires April 20, 20___**

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our service on your satisfaction"*