**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

WAN JIN LEEM,

                                  Plaintiff,

       -against-

OK HWAN KIM, 341 SECOND AVE. FARM, INC., DOES 1-100,

                              Defendants.

---------------------------------------------------------------X

Case No.: 07 CV 3116 (HOLWELL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                           ) ss.:
COUNTY OF NEW YORK    )

**DARREN HINDS,** being duly sworn, deposes and says:

1.     That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

2.     That on <u>April 23, 2007</u>, at approximately <u>1:06 p.m.</u>, I personally served a true and correct copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT For Failure To Pay Federal and State Overtime and Other Wages, Individual Practices of Judge Francis, Individual Practices of Judge Richard J. Holwell, and Civil Cover Sheet,** all upon **341 SECOND AVE. FARM, INC.,** by Personal Delivery via Mr. Ok Hwan Kim, who identified himself as the "Owner / Officer" as well as being duly authorized to accept service on behalf of 341 Second Ave. Farm, Inc., which service was effected at their actual place of business indicated below:

                              341 Second AVE. FARM, INC.
                              341 Second Avenue / Retail Location
                              New York, New York 10003

3.     **Mr. Ok Hwan Kim** can be best described as:

Asian Male – White skin - Black hair – Brown eyes - Approximately 44 – 54 years of age, 5'7" – 5'11" and 155 – 195 Lbs.

Dated:  April 23, 2007
       New York, New York

                                                 _____
                                               DARREN HINDS
                                                 License No.: 1194970

Sworn to before me on this the 23rd day of April 2007.

_____
NOTARY PUBLIC

                      HOLLY ROLDAN
          Notary Public, State of New York
               No. 01RO6125752
          Qualified in New York County
        Commission Expires April 20, 2009

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

                                          POST OFFICE BOX 858
                                          NEW YORK, NEW YORK 10268
                                          212-608-1555

*"We've built our service on your satisfaction"*