UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

WAN JIM LEEN,                                    :
                                                 :
                    Plaintiff,                   :
                                                 :                    **ORDER OF REFERENCE**
          -against-                              :                    **TO A MAGISTRATE JUDGE**
                                                 :
OK HWAN KIM, 41 SECOND AVE. FARM INC., et al.,   :                    07 Civ. 3116 (RJH) (JCF)
                                                 :
                    Defendants.                  :
----------------------------------X

*(stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 5/15/07)*

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓   General Pretrial (includes scheduling, discovery,            ___   Consent under 28 U.S.C. § 636(c) for all
non-dispositive pretrial motions, and settlement)                      purposes (including trial)

___   Specific Non-Dispositive Motion/Dispute:*                  ___   Consent under 28 U.S.C. § 636(c) for limited
                                                                       purpose (e.g., dispositive motion, preliminary injunction)

_____                         Purpose:_____
_____

   If referral is for discovery disputes when the District Judge
is unavailable, the time period of the                           ___   Habeas Corpus
referral:_____

                                                                 ___   Social Security
___   Settlement*

                                                                 ___   Dispositive Motion (i.e., motion requiring a
___   Inquest After Default/Damages Hearing                            Report and Recommendation)

                                                                 Particular Motion:_____
                                                                 _____

                                                                 All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
           May 15, 2007

                                                                 _____
                                                                 Richard J. Holwell
                                                                 United States District Judge