UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAN JIN LEEM,

                            Plaintiff,

    -against-

OK HWAN KIM, 341 SECOND AVE. FARM, INC., and DOES 1-100,

                            Defendants.

07 Civ. 3116 (RJH)(JCF)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of plaintiff, Wan Jin Leem, in the above-captioned action:

                Sung-Kee Kim (SK-9704)
                Latham & Watkins LLP
                885 Third Avenue
                New York, New York 10022
                Telephone: (212) 906-1200
                Facsimile: (212) 751-4864

Dated: May 17, 2007
       New York, New York           LATHAM & WATKINS LLP

                          By:    /s/ Sung-Kee Kim
                                Sung-Kee Kim (SK-9704)

                                885 Third Avenue
                                New York, New York 10022
                                Telephone: (212) 906-1200
                                Facsimile: (212) 751-4864

                                *Attorneys for Plaintiff*