Hyun Jee Son
Direct Dial: (212) 906-1321
HyunJee.Son@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: (212) 906-1200  Fax: (212) 751-4864
www.lw.com



# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

May 9, 2007

**VIA SIMULTANEOUS FAX TO CHAMBERS AND TO ALL COUNSEL**

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7948

File No. 502258-0001



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/07

Re:   *Leem v. Kim et al.*, 1:07-cv-3116-RJH

Dear Judge Holwell,

We are counsel to Mr. Wan Jin Leem, the plaintiff in this lawsuit. Mr. Leem is seeking to recover wages that he maintains the defendants unlawfully failed to pay him. I am writing respectfully to request either an earlier court date for the initial FRCP 16(b) scheduling conference or to have this initial conference be referred to Magistrate Judge Francis in the event that Judge Francis could be available to conduct the conference on an earlier date.

The original date set for the scheduling conference is July 27, 2007. The complaint was served on defendants on April 23, 2007.

This is the first request to shorten time for the initial scheduling conference, and therefore, no such requests were previously granted or denied.

If it so pleases the Court, plaintiff requests that the initial scheduling conference be conducted at the end of May or as early in June, 2007 as possible. Counsel for plaintiff and defendants have already had discussions regarding discovery, and plaintiff is prepared to start. Also, plaintiff believes that an earlier initial scheduling conference will allow the parties to conduct discovery under the supervision of the Court and to hasten the resolution of this action.

The adverse parties, Mr. Ok Hwan Kim, 341 Second Ave. Farm, Inc., and Does 1-100 are represented by counsel E. Peter Shin, Esq. On Thursday, May 3, 2007 at 3:13pm, plaintiff's counsel called Mr. Shin to inform him that the FRCP 16(b) scheduling conference had been scheduled for July 27, 2007 and to inquire whether Mr. Shin would join in the request for an earlier conference date. Mr. Shin declined to join in the request to shorten time because he felt that it was not necessary.

...rned to chambers for scanning on  5/17/07
...ned by chambers on  5/18/07

NY\1278163.1

The Honorable Richard J. Holwell
May 9, 2007
Page 2

**LATHAM&WATKINS**LLP

Thank you very much for your consideration of this request.

Respectfully submitted,

*[signature]*

Hyun Jee Son*
of LATHAM & WATKINS LLP

*Admitted in California only, *Pro Hac Vice* admission to the Southern District of New York pending.

cc:   Defense Counsel E. Peter Shin, Esq.
      Fax (718) 463-6789

      Co-Plaintiff Counsel Steven Choi, Esq.
      Asian American Legal Defense and Education Fund
      Fax (212) 966-4303

---

For purposes of expediting this matter the Court hereby refers the case to Magistrate Judge James C. Francis for general pretrial purposes.

SO ORDERED:
Date: 5/14/07

*[signature]*
Richard J. Holwell, U.S.D.J.

---

NY\1278163.1