UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

WAN JIN LEEM,

               Plaintiff,

     -against-

OK HWAN KIM and 341 SECOND AVE. FARM INC.,

               Defendants.
------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/07

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 3116 (RJH) (JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

_√_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: \_\_\_\_\_

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
               May 28, 2007

                                            Richard J. Holwell
                                            United States District Judge