UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAN JIN LEEM<br>Plaintiff,<br><br>- against -<br><br>OK HWAN KIM, 341 SECOND AVE.<br>FARM, INC., DOES 1-100<br>Defendants. | 07 Civ. 3116 (RJH)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of John D. Shyer attorney for Plaintiff Wan Jin Leem and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant's Name: Son, Hyun Jee
> Firm Name: Latham & Watkins LLP
> Address: 885 Third Avenue
> City/State/Zip: New York, NY 10022-4834
> Phone Number: 212-906-1321
> Email Address: HyunJee.Son@lw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07
```

is admitted to practice pro hac vice as counsel for Plaintiff Wan Jin Leem in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/31/07
City, State: New York, New York

James C. Francis IV
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____  SDNY RECEIPT# _____

NY\1269636.1