UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x   Docket No. :  07 CV 3116 (RJH)(JCF)

WAN JIN LEEM,

                            *Plaintiff,*   **INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. RULE 26(a)(1)**

      *- against-*

OK HWAN KIM, 341 SECOND AVE. FARM, INC.,
DOES 1-100,

                            *Defendants*.

-----------------------------------------------------------------x

      Defendant **OK HWAN KIM** and **341 SECOND AVE. FARM, INC.**, by their attorney E. Peter Shin, make the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rule of Civil Procedure.

1. The identity of all persons with pertinent information respecting claims, defenses and damages:

    Ok Hwan Kim
    341 2nd Avenue
    New York, New York

    Wan Jin Kim (Plaintiff)

2. A general description of all documents in the custody and control of the parties bearing significantly on the claims and defenses:

    See attached the Agreement for Hourly Employment

3. Any insurance agreement which would cover liability for part of all of a judgment:

    None

Dated: Flushing, New York
      June 4, 2007

                                      Law Offices of E. Peter Shin

                          By *s/ E. Peter Shin*
                             **E. Peter Shin, Esq. (ES-4237)**
                             *Attorney for Defendants*
                             *Ok Hwan Kim & 341 Second Ave. Farm, Inc.*
                             158-14 Northern Blvd., 2nd Floor
                             Flushing, NY 11358
                             Tel: (718) 463-3131
                             Fax: (718) 463-6789

AGREEMENT FOR HOURLY EMPLOYMENT
Contrato de empleo por hora

_/_/200 6

EMPLOYER(Empleador) : Blooming House Farm
ADDRESS(Direccion) : 241 2Ave  New York  N.Y.

EMPLOYEE(Empleado) : LeeM WAN Jin
ADDRESS(Direccion) : 2915 GR Concourse #A55 Bronx N.Y 10468
PHONE(Telfono) : 646 319 - 0346
SOCIAL SECURITY #(Numero de seguro social) : 098 - 24 - 4461

THIS IS TO CONFIRM THAT THE UNDERSIGNED EMPLOYEE, _____
Esto es pera confirmar que el empleado nombrado     (NAME)   (Nombre)

IS FAMILIAR WHIT THE TERMS AND CONDITIONS OF EMPLOYMENT STATED BELOW.
es familiar con los terminos y condiciones de trabajo escrito en lo siguiente.

THE EMPLOYEE WILL PROVIDE _____ SERVICES TO THE EMPLOYER, TO THE
El empleado proveera servicios de _____ para el empleador, para la

SATISFACTION OF EMPLOYER. AND EMPLOYEE WILL BE PAID SALARY OF $ 7 . 25 PER
satisfaccion del empleador. y el emoleado sera pagado un salario de $ ___ . ___ por

HOUR FOR THE FIRST FORTY HOURS OF SERVICES RENDERED IN A WEEK. THE EMPLOYEE
hora. por los primeras cuarenta horas de servicio trabajado en una semana. El emlpeado

WILL BE PAID $ 10 . 00 PER HOUR FOR HOURS OF WORK IN A WEEK WHICH ARE IN
sera pagado $ ___ . ___ Por hora. por las horas trabajadas en

EXCESS OF FORTY HOURS.
exeso de las cuarenta horas.

THIS SHALL CONFIRM THAT THE COMMENCEMENT DATE OF THE EMPLOYMENT OF
EMPLOYEE BY EMPLOYER IS ___/___/200___.  Esto es confirmar que el empleo ha
comenzado en el dia ___/___/200___.

THE EMPLOYMENT IS TERMINABLE AT WILL BY EITHER PARTY.
El empleo se podra terminar por deseo de uno.

EMPLOYEE HAS RECEIVED A COPY OF THIS AGREEMENT AND UNDERSTANDS THE
CONTENTS OF THE AGREEMENT.    El empleado ha recivido una copia del contrato en
conocimiento del contenido de este contrato

EMPLOYEE: _[signature]_
(Empleado) :   (SIGNATURE) (Firma)

EMPLOYED BY(Empleado por) : _____
                    (SIGNATURE) (Firma)       (TITLE) (Titulo)

===================================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   Docket No. :  07 CV 3116 (RJH)(JCF)

WAN JIN LEEM,

                                  *Plaintiff,*

    - *against*-


OK HWAN KIM, 341 SECOND AVE. FARM, INC.,
DOES 1-100,

                                  *Defendants*.

-----------------------------------------------------------------x


===================================================================
**INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)**
===================================================================




Attorney for Defendants
*Ok Hwan Kim & 341 Second Ave. Farm., Inc.*



                        **E. Peter Shin, Esq. (ES-4237)**
                         Law Offices of E. Peter Shin
                       158-14 Northern Blvd., 2nd floor
                              Flushing, NY 11358
                              Tel: (718) 463-3131

===================================================================