UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x   Docket No. :  07 CV 3116 (RJH)(JCF)

WAN JIN LEEM,

                                                    *Plaintiff*,                    **AFFIDAVIT OF SERVICE**

                         *- against-*

OK HWAN KIM, 341 SECOND AVE. FARM, INC.,
DOES 1-100,

                                                    *Defendants*.


--------------------------------------------------------------x

STATE OF NEW YORK )
                                          ) ss.:
COUNTY OF QUEENS  )


       **JEAN M. IM**, being duly sworn, deposes and says that:  I am not a party to the above captioned proceeding, I am over 18 years of age, I reside in the State of New York, County of Queens.

       I caused a true copy of the Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) as annexed to be enclosed in a postpaid sealed wrapper properly addressed to parties below and I caused said wrapper to be deposited in a post office / official depository under the exclusive care and custody of the U.S. Postal Service, within Flushing, New York, New York State.  The mailing was made on June 4, 2007 by First Class Mail.

TO:

Sung-Kee Kim, Esq.
Latham & Watkins LLP
Attorney for Plaintiff
885 Third Avenue
New York, NY 10022-4834
Tel: (212)906-1200


                                                    *s/ Jean M. Im*
                                                    **JEAN M. IM**


Subscribed and sworn to before me
4th\ day of June, 2007


*s/ Hyung Seok Kim*
                    Notary Public
My commission expires on

                         HYUNG SEOK KIM
                         NOTARY PUBLIC-STATE OF NEW YORK
                         NO. 02KI6147486
                         QUALIFIED IN KINGS COUNTY
                         MY COMMISSION EXPIRES JUNE 5, 2010