UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

------------------------------------------------------------x
:
WAN JIN LEEM, : 07 Civ. 03116 (RJH)
:
Plaintiff, :
:
-against- : **ORDER**
:
OK HWAN KIM, et al, :
:
:
Defendant. :
:
------------------------------------------------------------x

The pretrial conference scheduled for July 27, 2007 is rescheduled to

August 01, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
July 20, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge