UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------- Docket No. 07-cv-03116
(RJH) (JCF)

WAN JIN LEEM,

                                *Plaintiff*,

                               *-against-*

OK HWAN KIM, 341 SECOND AVE. FARM INC.,
DOES 1-100

                               *Defendants.*
---------------------------------------------------------------------------

## NOTICE OF CHANGE OF FIRM

       PLEASE TAKE NOTICE that Steven Choi, Esq. of the Asian American Legal Defense and Education Fund, counsel representing Plaintiff, and an attorney of record in this action, has changed his firm to YKASEC – Empowering the Korean American Community, and his address to 136-19 41st Ave, 3rd Floor, Flushing, NY 11354. Demand is hereby made that Mr. Choi be included among counsel served with papers and electronic notices in this action, at this new address and the email address listed below.

Dated:  New York, New York
          October 5, 2007

                                                                           /s Steven Choi
                                                                  Steven Choi (SC 1906)
                                                                  YKASEC – EMPOWERING THE
                                                                  KOREAN AMERICAN COMMUNITY
                                                                  136-19 41st Ave, 3rd Floor
                                                                  Flushing, NY 11355
                                                                  718-460-5600
                                                                  schoi@ykasec.org

To:    Clerk of the Court
        United States District Court for the Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl St
        New York, New York 10007

cc:  E. Peter Shin
 158-14 Northern Blvd
 Flushing, NY 11358