**MEMO ENDORSED**

Thomas G. Hoffman, Jr.
Direct Dial: (212) 906-1850
thomas.hoffman@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +212.906.1200  Fax: +212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/07

AFFILIATE OFFICES

Barcelona — New Jersey
Brussels — New York
Chicago — Northern Virginia
Frankfurt — Orange County
Hamburg — Paris
Hong Kong — San Diego
London — San Francisco
Los Angeles — Shanghai
Madrid — Silicon Valley
Milan — Singapore
Moscow — Tokyo
Munich — Washington, D.C.

October 22, 2007

**VIA FAX**

The Honorable James C. Francis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7930

Re: *Leem v. Kim et al.*, 1:07-cv-3116-JCF

Dear Judge Francis:

We represent Plaintiff Wan Jin Leem in the above-referenced matter. Defendants Ok Hwan Kim, 341 Second Ave. Farm, Inc., and Docs 1-100 are represented by E. Peter Shin, Esq. Plaintiff's counsel and Defendants' counsel have consented to an extension of the Fact Discovery Cutoff Date from October 24, 2007 to November 21, 2007, for the limited purpose of allowing time for Plaintiff to take discovery from certain third parties that were only recently identified in the deposition testimony and supplemental document production of Defendant Ok Hwan Kim. This is the first extension that any party has requested or received relating to the May 31, 2007 Scheduling Order.

We therefore respectfully request the Court to permit an extension of the Fact Discovery Cutoff Date until November 21, 2007.

Respectfully submitted,

Thomas G. Hoffman, Jr.
of LATHAM & WATKINS LLP

cc: Defense Counsel E. Peter Shin, Esq.
Fax (718) 463-6789

Co-Plaintiff Counsel Steven Choi, Esq.
Empowering the Korean American Community
Fax (718) 445-0032

10/23/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

NY\1338078.1