Direct dial: (212) 906-1899
thomas.hoffman@lw.com

New York, New York 10022-4834
Tel: +212.906.1200  Fax: +212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES
| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

November 21, 2007

**VIA FAX**

The Honorable James C. Francis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7930

  Re: <u>Leem v. Kim et al., 1:07-cv-3116-JCF</u>

Dear Judge Francis:

  We represent Plaintiff Wan Jin Leem in the above-referenced matter. Defendants Ok Hwan Kim, 341 Second Ave. Farm, Inc., and Does 1-100 are represented by E. Peter Shin, Esq.

  Plaintiff's counsel and Defendants' counsel have consented to a second extension of the Fact Discovery Cutoff Date from November 21, 2007 to December 21, 2007, for the limited purpose of allowing time for Plaintiff to complete the depositions of certain third party witnesses who were previously noticed but failed to appear for depositions.

  This Court recently granted the parties' first request for an extension from October 24 to November 21, 2007. We diligently made contact with three witnesses and, after consulting with Mr. Shin with respect to scheduling, noticed their depositions for November 19 and 21, 2007. Unfortunately, despite having been duly served, all three witnesses failed to appear for their depositions.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

NY\1350395.1

We therefore respectfully request the Court to permit an extension of the Fact Discovery Cutoff Date until December 21, 2007 so that the parties may once again attempt to depose these witnesses. Please know that, in any event, we would like to proceed with a settlement conference, as requested by our letter dated November 16, 2007.

Respectfully submitted,

Thomas G. Hoffman, Jr.
of LATHAM & WATKINS LLP

cc: Defense Counsel E. Peter Shin, Esq.
Fax (718) 463-6789

Co-Plaintiff Counsel Steven Choi, Esq.
Empowering the Korean American Community
Fax (718) 445-0032

11/26/07

Application granted. In addition, the deadline for submitting the pretrial order or any dispositive motion is extended to January 18, 2008.

SO ORDERED.
James C. Francis IV
USMJ

NY\1350395.1