UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -:

WAN JIN LEEM,                              :        07 Civ. 3116 (JCF)

               Plaintiff,          :        O R D E R

    - against -                            :

OK HWAN KIM, 341 SECOND AVE. FARM, :
INC., DOES 1-100,                          :

              Defendants.        :

- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference having been held on December 21, 2007,

it is hereby ORDERED that the parties file a joint pretrial order

as well as any motions in limine by January 15, 2008.

        SO ORDERED.

_James C. Francis IV_

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          December 26, 2007

Copies mailed this date:

John D. Shyer, Esq.
Hyun Jee Son, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022

Steven Kyung Choi, Esq.
YKASEC
136-19 41st Avenue, 3rd Floor
Flushing, New York 11355

E.  Peter  Shin, Esq.
158-14 Northern Boulevard, 2nd Floor
Flushing, New York 11358