UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAN JIM LEEM,<br><br>                   Plaintiff,<br><br>    - against -<br><br>OK HWAN KIM, 341 SECOND AVE. FARM, INC. and DOES 1-100,<br><br>                   Defendants. | 07 Civ. 3116 (JCF)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiff, Wan Jin Leem, in the above-captioned action:

      Thomas G. Hoffman, Jr. (TG-0330)
      Latham & Watkins LLP
      885 Third Avenue
      New York, New York 10022
      Telephone: (212) 906-1200
      Facsimile:   (212) 751-4864

Dated: January 11, 2008
      New York, New York           LATHAM & WATKINS LLP

                                            By:   /s/ Thomas G. Hoffman, Jr.
                                                  Thomas G. Hoffman, Jr. (TG-0330)
                                                  885 Third Avenue, Suite 1000
                                                  New York, New York  10022
                                                    Telephone: (212) 906-1200
                                                    Facsimile: (212) 751-4864

                                                    *Attorneys for Plaintiff*