UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WAN JIN LEEM,

              Plaintiff,

   - against -     07-CV-03116 (JCF)

OK HWAN KIM, 341 SECOND AVE.
FARM, INC., and DOES 1-100,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

## JOINT PRE-TRIAL ORDER

I.    **TRIAL COUNSEL**

    A.    **Trial Counsel for Plaintiff Wan Jin Leem:**

        Thomas G. Hoffman, Jr. (TG 0330)
        Latham & Watkins LLP
        885 Third Avenue
        New York, NY 10022
        Tel: (212) 906-1200
        Fax: (212) 751-4864

        Sung-Kee Kim (SK 9704)
        Latham & Watkins LLP
        885 Third Avenue
        New York, NY 10022
        Tel: (212) 906-1200
        Fax: (212) 751-4864

        Prisca Bae (SDNY admission pending)
        Latham & Watkins LLP
        885 Third Avenue
        New York, NY 10022
        Tel: (212) 906-1200
        Fax: (212) 751-4864

       Steven Choi (SC 1906)
       Empowering the Korean American Community
       136-19 41st Avenue
       Third Floor
       Flushing, NY 11355
       Tel: (718) 460-5600
       Fax: (718) 445-0032

**B.**    **Trial Counsel for Defendants Ok Hwan Kim, 341 Second Ave. Farm, Inc., and DOES 1-100:**

       E. Peter Shin (ES-4237)
       158-14 Northern Boulevard
       Second Floor Suite
       Flushing, New York 11358
       Tel: (718) 463-3131
       Fax: (718) 463-6789

       Hyung S. Kim (HK 5442)
       Law Offices of E. Peter Shin
       158-14 Northern Boulevard
       Second Floor Suite
       Flushing, New York 11358
       Tel: (718) 463-3131
       Fax: (718) 463-6789

## II. SUBJECT MATTER JURISDICTION

**A.**    **Plaintiff:** Jurisdiction is conferred on this Court by 28 U.S.C. §§ 1331 and 1337 and 29 U.S.C. § 216. This Court has subject matter jurisdiction over Plaintiff's claims under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b) because, during the relevant period, Defendants' employees were engaged in the handling and sale of goods that were produced for or moved in interstate commerce, and Defendants' annual business volume exceeded $500,000. The Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

**B.**    **Defendants:** The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337 and 29 U.S.C. § 216. The Court has the supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

## III. CLAIMS AND DEFENSES

**A.**    **Plaintiff's Claims:**

    1.    Failure to pay overtime pay. 29 U.S.C. § 207; 12 N.Y.C.R.R. §142-2.2.

        2.     Failure to pay spread of hours pay. 12 N.Y.C.R.R. § 142-2.4.

    B.    **Defendants' Defenses:**

        Defendants paid $550 per week as regular hour pay and overtime pay for 66 hour work per week.

**IV.    JURY TRIAL AND TRIAL DAYS NEEDED**

    A.    **Plaintiff:**

        Plaintiff has not requested a jury trial. Plaintiff estimates that his case-in-chief will require one day.

    B.    **Defendant:**

        Defendants agree that the case is to be tried by the Court without a jury. Defendants estimate that his case-in-chief will require one day.

**V.    STIPULATIONS OF FACTS AND LAW**

    See Exhibit A

**VI.    LIST OF WITNESSES**

    A.    **Plaintiff's Witnesses:**

        Plaintiff Wan Jin Leem

    B.    **Defendants' Witnesses:**

        Defendant Ok Hwan Kim (Live)

**VII.    DEPOSITION TESTIMONY TO BE OFFERED (WITH CROSS-DESIGNATIONS AND OBJECTIONS)**

    None

**VIII.    EXHIBITS**

    "*" indicates an exhibit to which no party objects on grounds of authenticity and "**" indicates exhibit to which no party objects on any ground.

    A.    **Plaintiff's Exhibits:**

        Kim Deposition Exhibit 6**

        Certified English translation of Kim Deposition Exhibit 6

B. **Defendants' Exhibit:**

Kim Deposition Exhibit 1*

Dated: January 15, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
Thomas G. Hoffman, Jr. (TG 0330)
885 Third Avenue
New York, New York 10022
(212) 906-1200
*Attorneys for Plaintiff*

E. Peter Shin (ES-4237)
158-14 Northern Boulevard
Second Floor Suite
Flushing, New York 11358
(718) 463-3131
*Attorney for Defendants*

James C. Francis IV
U.S.M.J.
1/16/08

4