EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

WAN JIN LEEM,

        Plaintiff,　　　　　　　　　　07-CV-3116 (RJH)(JCF)

vs.

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

OK HWAN KIM and
341 SECOND AVE. FARM INC.

        Defendants.
_____X

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Wan Jim Leem and Defendants Ok Hwan Kim and 341 Second Ave. Farm Inc., through their respective counsel, that the above-captioned matter is hereby dismissed with prejudice pursuant to pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: March 4, 2008

LATHAM & WATKINS LLP

By: _____
   Thomas G. Hoffman, Jr. (TG 0330)

Attorneys for Plaintiffs
885 Third Avenue
New York, New York 10022
(212) 906-1200

E. PETER SHIN

By: _____
   E. Peter Shin (ES 4237)

Attorney for Defendants
158-14 Northern Blvd., 2nd Floor
Flushing, NY 11358
(718) 463-3131

Date:
New York, New York

SO ORDERED:

_____
Honorable James C. Francis
United State Magistrate Judge

NY\1383164.2