EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――X

WAN JIN LEEM,
               Plaintiff,

vs.

OK HWAN KIM and
341 SECOND AVE. FARM INC.

               Defendants.
―――――――――――――――――――X

07-CV-3116 (RJH)(JCF)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Wan Jim Leem and Defendants Ok Hwan Kim and 341 Second Ave. Farm Inc., through their respective counsel, that the above-captioned matter is hereby dismissed with prejudice pursuant to pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: March 4, 2008

LATHAM & WATKINS LLP

By: _____
Thomas G. Hoffman, Jr. (TG 0330)

Attorneys for Plaintiffs
885 Third Avenue
New York, New York 10022
(212) 906-1200

Date: 3/5/08
New York, New York

E. PETER SHIN

By: _____
E. Peter Shin (ES 4237)

Attorney for Defendants
158-14 Northern Blvd., 2nd Floor
Flushing, NY 11358
(718) 463-3131

SO ORDERED:

_____
Honorable James C. Francis
United State Magistrate Judge

NY\1383164.2